CaT 5   1545   No Fee   No IFP

-The Tribunal

## NOTICE TO THE COURT

*JUDICIARY ACT OF 1789*

SEC. 32. And be it further enacted, That no summons, writ, declaration, return, process, judgment, or other proceedings in civil causes in any of the courts of the United States, shall be abated, arrested, quashed or reversed, for any defect or want of form, but the said courts respectively shall proceed and give judgment according as the right of the cause and matter in law shall appear unto them, without regarding any imperfections, defects, or want of form in such writ, declaration, or other pleading, return, process, judgment, or course of proceeding whatsoever, except those only in cases of demurrer, which the party demurring shall specially sit down and express together with his demurrer as the cause thereof. And the said courts respectively shall and may, by virtue of this act, from time to time, amend all and every such imperfections, defects and wants of form, other than those only which the party demurring shall express as aforesaid, and may at any time permit either of the parties to amend any defect in the process or pleadings, upon such conditions as the said courts respectively shall in their discretion, and by their rules prescribe.

---

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**IN THIS COURT OF RECORD**

| | |
|---|---|
| i, a man, Tommy Beaumont, one of the people<br>P.O. Box 4, Darlington PA 16115<br><br>Prosecutor<br><br>VS<br>NEW CASTLE SANITATION AUTHORITY<br>P.O. Box 1404, New Castle PA 16103,<br>MUNICICPAL COLLECTIONS L.L.C.<br>315 North Mercer St. Suite B<br>New Castle PA 16101 | Common Law Action, verified<br><br>Claim: VIOLATION OF COPYRIGHT-THE ARTWORK OF THE NAME THOMAS WILSON BEAUMONT III<br><br>TRIAL BY JURY DEMANDED<br><br>CASE # **14 - 1702** |

Complaint

**RECEIVED**

DEC 16 2014

CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

---

i, a man, tommy beaumont, one of the people

Require a 'Court of record'; 'Trial by jury'

i, a man, tommy Beaumont claim:

1. That said wrongdoers violated copyright law by using the artwork of the name THOMAS WILSON BEAUMONT III without permission.

2. That said wrongdoers were sent via certified mail, an initial invoice which was ignored.

3. That said wrongdoers were sent via certified mail, a notice of fault which was ignored.

4. That said wrongdoers were sent via certified mail, a notice of default which was ignored

5. I require compensation for the actions of said wrongdoers.

6. Compensation damages and remedy due:

    A   Wrongdoers, New Castle Sanitation Authority, pay the balance of $360,000.00 due on their invoice.

    B   Wrongdoers, Municipal Collections L.L.C., pay the balance of $360,000.00 due on their invoice

    C   Wrongdoers pay all court costs and fees

tommy Beaumont , a man

Special restricted visitation of tomamy beaumont one of the people mentioned in the preamble of the Declaration of Independence and the Constitutions both state and Federal.
        2709 Darlington Rd,
        Darlington PA [16115]
Without the United States non domestic

## NOTICE TO THE LITIGANTS
## FROM THE TRIBUNAL

### THE TRIBUNAL DECREES THE FOLLOWING
### RULES AND LAWS OF THIS COURT

1. The law of this court is common law.
2. Any documents submitted to this court must be signed by the real parties in interest.
3. Attorneys have no standing in this court only the Plaintiff or Defendant has standing.
4. Proof of agency is required for any attorney representing a party.
5. The Magistrate and the tribunal are separate and the Magistrate is a referee only.
6. The Magistrate is forbidden to address the Jury or the litigants without the consent of the tribunal.
7. The language of this court is everyday parlance, no legalese is to be used in this court.
8. Statutes and or Codes are not applicable in this court.
9. Requests for discovery or interrogatories are not to be ignored by either litigant.
10. All litigants who have received discovery requests have 7 days to provide the discovery to the other side or be held in contempt of court.
11. No one may represent a dead person in this court. [rule 601 federal rules of evidence]
12. Copies of the agency agreements of any attorney representing a party are due within 7 days from the receipt of this notice.
13. Any pleadings put forth by attorney's that are not signed by the real parties in interest are inadmissible, and a nullity, they are to be disregarded.
14. Any attorney who wishes to take there pleadings and have them signed by the real party in interest ( the Defendant ) May do so and the documents will be reconsidered at that point.
15. Litigants who do not comply with the above rules and laws of the court will be in contempt. Any one found in contempt by the tribunal will be required to pay a $1,000.00 penalty and or risk summary judgment for the opposing party.
16. The Magistrate is subject to the same contempt charges.
17. This case cannot move forward until the real parties in interest have given proof of life.
Both Litigants are hereby required to exchange copies of birth certificates, drivers licenses, employment records, Photo id, any kind of evidence that will prove proof of life.
18. Dead persons are not allowed to be represented in this court.
19. The Jury shall be comprised of members of Tommy Beaumont's' peerage these Jurors are to be found in the county public records. Anyone in the public records that is a Secured Party Creditor is acceptable.

JURAT

"I, a man, tommy beaumont, one of the people, do so solemnly swear attest to the facts stated herein to be honest, true and correct to the best of my knowledge, information and belief. I wish and intend harm to no one, but to live in peace."

COUNTY of BEAVER       )
                       )
STATE of PENNSYLVANIA )

On this 16th day of December 2014, before me a notary public, the undersigned officer, personally appeared Thomas Wilson Beaumont III, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained.

In witness hereof, I hereunto set my hand and official seal.

```
NOTARIAL SEAL
D'ADRIA D MCCRAY
Notary Public
ALIQUIPPA CITY, BEAVER COUNTY
My Commission Expires Jul 12, 2015
```

tommy beaumont, a man

D'Adria D McCray, Notary

1