# Invoice    NOTICE OF FAULT

| Bill to: | Pay to: |
|---|---|
| NEW CASTLE SANITATION AUTHORITY<br>P.O. BOX 1404<br>New Castle PA 16103 | Tommy Beaumont<br>P.O. Box 4<br>Darlington PA 16115 |
| | **Due Date:**   10 Days from original receipt |

October 6, 2014

## FOR VIOLATION OF COPYRIGHT
## The art work THOMAS WILSON BEAUMONT III

1.   15,000 in US Silver Dollar Coin convertible at the legal and lawful ratio prescribed by law of 24:1 of Silver Dollars to Federal Reserve Notes per usage per signatory;

2.   Failure to correct the unjust usage in a timely manner upon notice will result in the additional penalty of $1,000.00 US in Silver Specie convertible at the legal and lawful ratio prescribed by law of 24:1 of Silver Dollars to Federal Reserve Notes to per day until paid.

3.   Failure to render the appropriate funds in a timely manner will result in a Lien/Levy against the property of the person violating said copyright, as no controversy will exist

                        Due by due date:     $360,000 (FRN)

.

All rights reserved                                                                                           Page 1 of 1

# Invoice   NOTICE OF DEFAULT

| Bill to: | Pay to: |
|---|---|
| NEW CASTLE SANITATION AUTHORITY<br>P.O. BOX 1404<br>New Castle PA 16103 | Tommy Beaumont<br>P.O. Box 4<br>Darlington PA 16115 |

| Alleged Acct No:<br>240018448 | Due Date: | 10 Days from original receipt |
|---|---|---|

October 20, 2014,

## FOR VIOLATION OF COPYRIGHT
## The art work THOMAS WILSON BEAUMONT III

1.      15,000 in US Silver Dollar Coin convertible at the legal and lawful ratio prescribed by law of 24:1 of Silver Dollars to Federal Reserve Notes per usage per signatory;

2.      Failure to correct the unjust usage in a timely manner upon notice will result in the additional penalty of $1,000.00 US in Silver Specie convertible at the legal and lawful ratio prescribed by law of 24:1 of Silver Dollars to Federal Reserve Notes to per day until paid.

3.      Failure to render the appropriate funds in a timely manner will result in a Lien/Levy against the property of the person violating said copyright, as no controversy will exist

                                                        Due by due date:      $360,000 (FRN)

All rights reserved                                                                                                                Page 1 of 1

# Invoice

| Bill to: | Pay to: |
|---|---|
| MUNICIPAL COLLECTIONS LLC<br>315 North Mercer St<br>Suite B<br>New Castle PA 16101 | Tommy Beaumont<br>P.O. Box 4<br>Darlington PA 16115 |
| | **Due Date:** 10 Days from receipt |

September 23, 2014

## FOR VIOLATION OF COPYRIGHT
## The art work THOMAS WILSON BEAUMONT III

1.   15,000 in US Silver Dollar Coin convertible at the legal and lawful ratio prescribed by law of 24:1 of Silver Dollars to Federal Reserve Notes per usage per signatory;

2.   Failure to correct the unjust usage in a timely manner upon notice will result in the additional penalty of $1,000.00 US in Silver Specie convertible at the legal and lawful ratio prescribed by law of 24:1 of Silver Dollars to Federal Reserve Notes to per day until paid.

3.   Failure to render the appropriate funds in a timely manner will result in a Lien/Levy against the property of the person violating said copyright, as no controversy will exist

                Due by due date:  $360,000 (FRN)

All rights reserved

# Invoice                    NOTICE OF FAULT

| Bill to: | Pay to: |
|---|---|
| MUNICIPAL COLLECTIONS LLC<br>315 North Mercer St<br>Suite B<br>New Castle PA 16101 | Tommy Beaumont<br>P.O. Box 4<br>Darlington PA 16115 |
| **Alleged Acct No:**<br>240014352 | **Due Date:**         10 Days from original receipt |

October 20, 2014

## FOR VIOLATION OF COPYRIGHT
## The art work THOMAS WILSON BEAUMONT III

1.      15,000 in US Silver Dollar Coin convertible at the legal and lawful ratio prescribed by law of 24:1 of Silver Dollars to Federal Reserve Notes per usage per signatory;

2.      Failure to correct the unjust usage in a timely manner upon notice will result in the additional penalty of $1,000.00 US in Silver Specie convertible at the legal and lawful ratio prescribed by law of 24:1 of Silver Dollars to Federal Reserve Notes to per day until paid.

3.      Failure to render the appropriate funds in a timely manner will result in a Lien/Levy against the property of the person violating said copyright, as no controversy will exist

                                        Due by due date:      $360,000 (FRN)

All rights reserved

# Invoice          NOTICE OF DEFAULT

| Bill to: | Pay to: |
|---|---|
| MUNICIPAL COLLECTIONS LLC<br>315 North Mercer St<br>Suite B<br>New Castle PA 16101 | Tommy Beaumont<br>P.O. Box 4<br>Darlington PA 16115 |
| **Alleged Acct No:**<br>240014352 | **Due Date:**          10 Days from original receipt |

November 7, 2014

## FOR VIOLATION OF COPYRIGHT
## The art work THOMAS WILSON BEAUMONT III

1.      15,000 in US Silver Dollar Coin convertible at the legal and lawful ratio prescribed by law of 24:1 of Silver Dollars to Federal Reserve Notes per usage per signatory;

2.      Failure to correct the subject usage in a timely manner upon notice will result in the additional penalty of $1,000.00 US in Silver Specie convertible at the legal and lawful ratio prescribed by law of 24:1 of Silver Dollars to Federal Reserve Notes to per day until paid.

3.      Failure to render the appropriate funds in a timely manner will result in a Lien/Levy against the property of the person violating said copyright, as no controversy will exist.

                                        Due by due date:     $360,000 (FRN)