## CONSTITUTION OF THE STATE OF COLORADO – Article II Bill Of Rights

**Section 6. Equality of justice.** Courts of justice shall be open to every person, and a speedy remedy afforded for every injury to person, property or character; and right and justice should be administered **without sale, denial or delay**.

## State Constitution of New Hampshire- Bill of Rights

Established October 31, 1783 Effective June 2, 1784 As Subsequently Amended and in Force January 2007

**[Art.] 8. [Accountability of Magistrates and Officers; Public's Right to Know.]** All power residing originally in, and being derived from, the people, all the magistrates and officers of government are their substitutes and agents, and at all times accountable to them. Government, therefore, should be open, accessible, accountable and responsive. To that end, the public's right of access to governmental proceedings and records shall not be unreasonably restricted.

**[Art.] 14. [Legal Remedies to be Free, Complete, and Prompt.]** Every subject of this state is entitled to a certain remedy, by having recourse to the laws, for all injuries he may receive in his person, property, or character; to obtain right and justice freely, without being obliged to purchase it; completely, and without any denial; promptly, and without delay; conformably to the laws.

**[Art.] 32. [Rights of Assembly, Instruction, and Petition.]** The people have a right, in an orderly and peaceable manner, to assemble and consult upon the common good, give instructions to their representatives, and to request of the legislative body, by way of petition or remonstrance, redress of the wrongs done them, and of the grievances they suffer.

## Ohio State Constitution- § 1.16 Redress in courts (1851, amended 1912)

All courts shall be open, and every person, for an injury done him in his land, goods, person, or reputation, shall have remedy by due course of law, and shall have justice administered without denial or delay.

## Massachusetts Constitution of 1780, PT. 1-Bill of Rights

XI.--Every subject of the Commonwealth ought to find a certain remedy, by having recourse to the laws, for all injuries or wrongs which he may receive in his person, property, or character. He ought to obtain right and justice freely, and without being obliged to purchase it; completely, and without any denial; promptly, and without delay; conformably to the laws.

## The Vermont Constitution-Bill of Rights

### Article 4th. Remedy at law secured to all

Every person within this state ought to find a certain remedy, by having recourse to the laws, for all injuries or wrongs which one may receive in person, property or character; every person ought to obtain right and justice, freely, and without being obliged to purchase it; completely and without any denial; promptly and without delay; conformability to the laws.

## STATE OF UTAH CONSTITUTION- BILL OF RIGHTS

Sec. 11. All courts shall be open, and every person, for an injury done to him in his person, property or reputation shall have remedy by due course of law, which shall be , administered without denial or unnecessary delay; and no person shall be barred from prosecuting or defending before any tribunal in this State, by himself or counsel, any civil cause to which he is a party

## CONSTITUTION OF THE STATE OF MAINE-Declaration of Rights

**Section 19. Right of redress for injuries.** Every person, for an injury inflicted on the person or the person's reputation, property or immunities, shall have remedy by due course of law; and right and justice shall be administered freely and without sale, completely and without denial, promptly and without delay.

### State of Delaware Constitution-ARTICLE I. BILL OF RIGHTS

**§ 9. Courts shall be open; remedy for injury; suits against State.**

Section 9. All courts shall be open; and every person for an injury done him or her in his or her reputation, person, movable or immovable possessions, shall have remedy by the due course of law, and justice administered according to the very right of the cause and the law of the land, without sale, denial, or unreasonable delay or expense. Suits may be brought against the State, according to such regulations as shall be made by law.

### CONSTITUTION OF MARYLAND-Declaration of Rights

**Art. 19.** That every man, for any injury done to him in his person or property, ought to have remedy by the course of the Law of the Land, and ought to have justice and right, freely without sale, fully without any denial, and speedily without delay, according to the Law of the Land.

## Constitution of Oregon-Bill of Rights

**Section 10. Administration of justice.** No court shall be secret, but justice shall be administered, openly and without purchase, completely and without delay, and every man shall have remedy by due course of law for injury done him in his person, property, or reputation.–

### CONSTITUTION OF THE STATE OF IDAHO-DECLARATION OF RIGHTS

**SECTION 18.** JUSTICE TO BE FREELY AND SPEEDILY ADMINISTERED. Courts of justice shall be open to every person, and a speedy remedy afforded for every injury of person, property or character, and right and justice shall be administered without sale, denial, delay, or prejudice.

## Constitution of the State of Indiana-Bill of Rights

### Section 12. Openess of the courts, Speedy trial

Section 12. All courts shall be open; and every person, for injury done to him in his person, property, or reputation, shall have remedy by due course of law. Justice shall be administered freely, and without purchase; completely, and without denial; speedily, and without delay.

## State of Kentucky Constitution –Bill of Rights

Sec. 14  All courts shall be open, and every person for an injury done him in his lands, goods, person or reputation, shall have remedy by due course of law, and right and justice administered without sale, denial or delay.

## State of Missouri Constitution-Bill of Rights

Section 14. That the courts of justice shall be open to every person, and certain remedy afforded for every injury to person, property or character, and that right and justice shall be administered without sale, denial or delay.

## Constitution of the State of Minnesota-Bill of Rights

**Sec. 8. Redress of injuries or wrongs.**
Every person is entitled to a certain remedy in the laws for all injuries or wrongs which he may receive to his person, property or character, and to obtain justice freely and without purchase, completely and without denial, promptly and without delay, conformable to the laws.

## CONSTITUTION OF THE STATE OF CONNECTICUT –Bill of Rights

SEC. 10. All courts shall be open, and every person, for an injury done to him in his person, property or reputation, shall have remedy by due course of law, and right and justice administered without sale, denial or delay.

## CONSTITUTION OF THE STATE FLORIDA-DECLARATION OF RIGHTS

SECTION 21.   **Access to courts.**—The courts shall be open to every person for redress of any injury, and justice shall be administered without sale, denial or delay.

## STATE OF NORTH CAROLINA CONSTITUITON-Bill of Rights

12. That every freeman ought to find a certain remedy, by recourse to the laws, for all injuries and wrongs he may receive in his person, property, or character; he ought to obtain right and justice freely without sale, completely and without denial, promptly and without delay; and that all establishments or regulations contravening these rights are oppressive and unjust.